IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JAMES F. DAVIS AND LINDA DAVIS                                    PLAINTIFF

VS                                              CIVIL ACTION NO. 3:08CV439TSL-JCS

CUSTOM ECOLOGY, INC. AND
JOHN DOES 1-10                                                   DEFENDANTS

## JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come on for hearing on motion of the parties *ore tenus* to dismiss the plaintiffs' cause of action with prejudice, and this Court, having considered the same and being fully advised in the premises and it appearing that this entire cause has been compromised and settled as between and among the parties, is of the opinion that said motion is well-taken and should be, and the same is, hereby granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this cause be and the same is hereby dismissed with prejudice, with each party bearings its own costs.

SO ORDERED AND ADJUDGED this the 12th day of May, 2009.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE

AGREED TO:

/s/Thomas G. Bufkin
Thomas G. Bufkin, Bar # 10810
Lawrence M. Coco, III, Bar # 100378
Waverly S. Almon, Bar # 102380
Attorneys for the Plaintiffs

/s/Brooke Newman
Wilton V. Byars, III - Bar # 9335
Brooke Newman - Bar # 101462
Attorneys for Defendant